**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND and STATE-BOSTON RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | Civ. A. No. 1:14-cv-00227-LMB-JFA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| NII HOLDINGS, INC., NII CAPITAL CORP., STEVEN M. SHINDLER, STEVEN P. DUSSEK, GOKUL HEMMADY, TERESA S. GENDRON, DANIEL E. FREIMAN, DONALD NEFF, KEVIN L. BEEBE, RAYMOND P. DOLAN, DONALD GUTHRIE, CHARLES M. HERINGTON, CAROLYN KATZ, ROSENDO G. PARRA, JOHN W. RISNER, JUAN R. FIGUEREO, GARY D. BEGEMAN, GOLDMAN, SACHS & CO., CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS INC., and HSBC SECURITIES (USA) INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**THE INSTITUTIONAL INVESTOR GROUP'S MEMORANDUM OF LAW IN**
**FURTHER SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

The Institutional Investor Group[1] respectfully submits this memorandum of law in further support of its motion for appointment as Lead Plaintiff and approval of its selection of counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") [ECF No. 3].[2]  The relief requested herein is unopposed.

Two movants filed timely motions before the Court seeking appointment as Lead Plaintiff under the PSLRA:

(1)    The Institutional Investor Group; asserting a financial interest in excess of $12.6 million; and

(2)    DeKalb County Employees Retirement Plan, Sheet Metal Workers' National Pension Fund, TOBAM, SAS, and Wayne County Employees' Retirement System (collectively, the "Global Investor Group") [ECF No. 2]; asserting a financial interest of approximately $9.6 million.

The Global Investor Group subsequently withdrew its motion on May 19, 2014 [ECF No. 34].  *See* ECF No. 35 (Order granting withdrawal).

## ARGUMENT

## THE INSTITUTIONAL INVESTOR GROUP IS THE MOST ADEQUATE PLAINTIFF

The PSLRA sets forth the process for selecting a lead plaintiff in securities class action lawsuits.  Under the PSLRA, the movant asserting the largest financial interest in the relief sought by the class who also makes a *prima facie* showing of typicality and adequacy is the

---

[1]    The Institutional Investor Group includes: Danica Pension, Livsforsikringsaktieselskab; Industriens Pensionsforsikring A/S; four related funds—I.B.E.W. Local No. 58 Annuity Fund, Electrical Workers Pension Trust Fund of Local Union #58, I.B.E.W., Detroit, Michigan, Electrical Workers' Insurance Fund, and International Brotherhood of Electrical Workers Local Union No. 58 Sound and Communications Division Pension Fund; Pension Trust Fund for Operating Engineers Pension Plan; and Jacksonville Police and Fire Pension Fund.

[2]    Unless otherwise indicated, all references to "ECF No." are to docket entries in *Iron Workers District Council of New England Pension Fund, et al. v. NII Holdings, Inc.*, Civ. A. No. 1:14-cv-00227-LMB-JFA (E.D. Va.).

presumptively most adequate plaintiff, and should be appointed Lead Plaintiff for the class. *See* 15 U.S.C. § 78u-4(a)(3)(B).[3]

With losses in excess of $12.6 million on a last-in-first-out ("LIFO") basis from its members' investment in NII Holdings, Inc. and NII Capital Corp. securities during the Class Period, the Institutional Investor Group has the largest financial interest of any movant before the Court.  In addition to possessing the largest financial interest, the Institutional Investor Group readily satisfies the adequacy and typicality requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of all members of the class and the Institutional Investor Group will fairly and adequately represent the class.

Finally, the Global Investor Group's withdrawal of its motion, *see* ECF No. 34, renders the Institutional Investor Group's motion unopposed.  *See* ECF No. 35 (Order granting withdrawal).

**CONCLUSION**

For the reasons stated herein and in its opening brief, the Institutional Investor Group respectfully requests that the Court: (1) appoint the Institutional Investor Group as Lead Plaintiff; (2) approve the Institutional Investor Group's selection of Labaton Sucharow and Kessler Topaz as Co-Lead Counsel for the Class and Cohen Milstein as Local Counsel for the Class.

Dated:  May 19, 2014                              Respectfully submitted,

                                        _/s/ Steven J. Toll_
                                        Steven J. Toll (Va. Bar No. 15300)

---

[3]     The above-captioned action asserts separate and distinct claims against clearly delineated sets of defendants arising independently under the Securities Act of 1933 (the "Securities Act") and under the Securities Exchange Act of 1934 (the "Exchange Act").  The PSLRA is codified in both the Securities Act and the Exchange Act, and the relevant provisions therein are identical. Accordingly, for brevity, only citations to the Exchange Act are provided.

Daniel S. Sommers
Elizabeth Aniskevich (Va. Bar. No. 81809)
**COHEN MILSTEIN SELLERS & TOLL
  PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, D.C.  20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
eaniskevich@cohenmilstein.com

*Proposed Local Counsel for the Class*

Christopher J. Keller (*pro hac vice*)
Michael W. Stocker (*pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
mstocker@labaton.com

*Proposed Lead Counsel for the Class*

Naumon Amjed (*pro hac vice*)
Darren J. Check (*pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK,
  LLP**
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com

*Proposed Lead Counsel for the Class*

Gerald H. Silk (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP**
1285 Avenue of the Americas
New York, New York  10019

Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jerry@blbglaw.com

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

I certify that on this 19th day of May, 2014, I electronically filed the Institutional Investor Group's Memorandum of Law in Further Support of its Motion for Appointment as Lead Plaintiff, using the Court's CM/ECF system, and the memorandum and related papers will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

  _/s/ Steven J. Toll_
Steven J. Toll