IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IRON WORKERS DISTRICT COUNCIL OF )
  NEW ENGLAND PENSION FUND, et )
al., )
                                     )
        Plaintiffs, )    1:14cv227 (LMB/JFA)
                                     )
    v. )
                                     )
NII HOLDINGS, INC., et al., )
                                     )
        Defendants. )

ORDER

On May 23, 2014, lead plaintiff, known as the "Institutional Investor Group," requested a status conference "to set deadlines and provide guidance on certain upcoming filings" to be held before the Court on June 20, 2014 [Dkt. No. 48]. Defendants subsequently filed an unopposed Motion for Entry of Scheduling Order [Dkt. No. 89] and all parties filed a Motion Concerning Amended Complaint [Dkt. No. 91], both of which the Court granted. In light of these rulings, it is hereby

ORDERED that counsel jointly inform the Court by 5:00 p.m. on Wednesday, June 18, 2014, whether a hearing is still required on Friday, June 20, 2014.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of June, 2014.

Alexandria, Virginia

                                                                    /s/
                                                   Leonie M. Brinkema
                                                   United States District Judge