Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 14-cv-00227-LMB-JFA, Case Name (See Attachment A)
Party Represented by Applicant: (See Attachment A)

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Benjamin Beaton
Bar Identification Number 1005477    State DC
Firm Name Sidley Austin LLP
Firm Phone # (202) 736-8000    Direct Dial # (202) 736-8344    FAX # (202) 736-8711
E-Mail Address bbeaton@sidley.com
Office Mailing Address 1501 K Street, N.W. Washington, DC 20005

Name(s) of federal court(s) in which I have been admitted (See Attachment A)

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    6/13/14
Michael D. Warden    (Date)
(Typed or Printed Name)    28702
    (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted _____
The motion for admission is GRANTED ✓ or DENIED _____

/s/ Leonie M. Brinkema
United States District Judge

June 17, 2014
(Date)

## ATTACHMENT A

**Case Number:**

1:14-cv-00227-LMB-JFA

**Case Name:**

*Iron Workers District Council of New England Pension Fund, et. al. v. NII Holdings, Inc., et. al.*

**Parties Represented by Applicant:**

Steven M. Shindler
Steven P. Dussek
Gokul Hemmady
Teresa S. Gendron
Daniel E. Freiman
Donald Neff
Kevin L. Beebe
Raymond P. Dolan
Donald Guthrie
Charles M. Herington
Carolyn Katz
Rosendo G. Parra
John W. Risner
Juan R. Figuereo
Gary D. Begeman

**Federal Court Admissions of Benjamin Beaton:**

United States Court of Appeals for the Fifth Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Ninth Circuit