**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:14-cv-00227-LMB-JFA |

**NOTICE OF FILING OF AMENDED COMPLAINT**
**PURSUANT TO FED. R. CIV. P. 15(a)(1)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 15(a)(1), Lead Plaintiffs are filing herewith the Second Amended Class Action Complaint for Violations of Federal Securities Laws (the "SAC"), which incorporates certain non-public information that was not previously alleged in the Amended Class Action Complaint for Violations of Federal Securities filed on June 27, 2014 (the "Complaint").[1] This information came to Lead Counsel's attention without sufficient time to confer with counsel for NII Holdings regarding their position concerning the possible confidential or proprietary nature of this company-specific information before June 27, 2014 and therefore was not included in the Complaint. Since June 27, 2014, Lead Counsel has conferred with counsel for NII Holdings, provided counsel for NII Holdings with copies of the non-public information Lead Counsel has included in the SAC, and confirmed with counsel for NII Holdings that they would not seek to file under seal the non-public information Lead Counsel has included in the SAC.

---

[1] Iron Workers District Council of New England Pension Fund and State-Boston Retirement System, plaintiffs and putative class members filed the initial complaint in this action on March 4, 2014. On June 10, 2014, the Court appointed Danica Pension, Livsforsikringsaktieselskab, Industriens Pensionsforsikring A/S, Operating Engineers Pension Trust Fund, the IBEW Local No. 58 / SMC NECA Funds, and Jacksonville Police and Fire Pension Fund as Lead Plaintiffs pursuant to 15 U.S.C. § 77z-1(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B)(v). The Complaint is the first and only prior pleading filed by the Lead Plaintiffs in this action. Under Fed. R. Civ. P. 15(a)(1), Lead Plaintiffs may amend the Complaint within 21 days of filing it, or on or before July 18, 2014. Counsel for NII Holdings has advised Lead Counsel that counsel for Defendants NII Holdings and counsel for Steven M. Shindler, Steven P. Dussek and Gokul Hemmady take no position on this notice of filing.

Dated: July 18, 2014

Respectfully submitted,

By: /s/ *Susan R. Podolsky*

| | |
|---|---|
| **LAW OFFICES OF SUSAN R. PODOLSKY**<br><br>Susan R. Podolsky (Va. Bar No. 27891)<br>1800 Diagonal Road, Suite 600<br>Alexandria, VA 22314<br>Telephone: 571-366-1702<br>Facsimile: 703-647-6009<br>Email: spodolsky@podolskylaw.com<br><br>*Local Counsel for the Proposed Class* | **LABATON SUCHAROW LLP**<br><br>Joel H. Bernstein (*pro hac vice*)<br>Joseph A. Fonti (*pro hac vice*)<br>Serena P. Hallowell (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212-907-0700<br>Facsimile: 212-818-0477<br>Email: jbernstein@labaton.com<br>            jfonti@labaton.com<br>            shallowell@labaton.com<br><br>*Co-Lead Counsel for the Proposed Class* |
| **KESSLER TOPAZ MELTZER<br>  & CHECK, LLP**<br><br>Gregory Castaldo (*pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610-667-7706<br>Facsimile: 610-667-7056<br>Email: gcastaldo@ktmc.com<br><br>Jennifer L. Joost (*pro hac vice*)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Telephone : 415-400-3000<br>Facsimile: 415-400-3001<br>Email: jjoost@ktmc.com<br><br>*Co-Lead Counsel for the Proposed Class* | **BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP**<br><br>Gerald H. Silk (*pro hac vice*)<br>Jai K. Chandrasekhar (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: 212-554-1400<br>Facsimile: 212-554-1444<br>Email: jerry@blbglaw.com<br>            jai@blbglaw.com<br><br>*Additional Counsel for the Proposed Class* |

**MOTLEY RICE LLC**

James M. Hughes (*pro hac vice pending*)
Badge Humphries (*pro hac vice pending*)
David P. Abel (*pro hac vice pending*)
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email:  jhughes@motleyrice.com
            bhumphries@motleyrice.com
            dabel@motleyrice.com

*Counsel for Additional Plaintiff TOBAM, SAS*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 18, 2014.

/s/ *Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
Law Offices of Susan R. Podolsky
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for the Proposed Class*