UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE NII HOLDINGS, INC.
SECURITIES LITIGATION

Case No. 1:14-cv-00227-LMB-JFA

## ORDER AUTHORIZING EXTENSION OF PAGE LIMITS AND CERTAIN FILING DEADLINES

Having considered the consent motion of Defendants NII Holdings, Inc., Steven M. Shindler, Steven P. Dussek, and Gokul V. Hemmady for extension of the page limits and certain of the filing deadlines for their motion to dismiss, the motion is granted.

IT IS HEREBY ORDERED THAT:

Defendants may file a memorandum of law in support of their joint motion to dismiss not to exceed 45 pages, Plaintiffs may file a response in opposition not to exceed 45 pages, and Defendants may file a joint reply brief not to exceed 25 pages. The deadline for Defendants' motion to dismiss is extended from August 12 to August 14, 2014, and the deadline for Plaintiffs' response thereto is extended from September 9 to September 10, 2014. All other provisions of the Court's June 10, 2014 Scheduling Order shall remain in effect.

DATED: 8/7/14

/s/
Leonie M. Brinkema
United States District Judge