**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:14-cv-00227-LMB-JFA |

**CO-LEAD COUNSEL LABATON SUCHAROW LLP'S
MOTION TO WITHDRAW ATTORNEY**

Pursuant to Local Rule 83.1, Co-Lead Counsel Labaton Sucharow LLP hereby gives notice that Joseph A. Fonti and Javier Bleichmar are no longer with the firm, and respectfully moves this Court for entry of an Order permitting their withdrawal from this case.  Lead Counsel Labaton Sucharow LLP and Kessler Topaz Meltzer & Check LLP have provided reasonable notice to, and conferred with, Lead Plaintiff Institutional Investor Group[1] regarding this matter. Labaton Sucharow LLP, along with Kessler Topaz Meltzer & Check LLP, will remain as Lead Counsel in this case.  The Court has previously granted the *pro hac vice* motions of Joel H. Bernstein and Serena Hallowell of Labaton Sucharow LLP and they will continue to represent Lead Plaintiff in this case.

---

[1] On June 10, 2014, the Court appointed Danica Pension, Livsforsikringsaktieselskab, Industriens Pensionsforsikring A/S, Operating Engineers Pension Trust Fund, the IBEW Local No. 58 / SMC NECA Funds, and Jacksonville Police and Fire Pension Fund as Lead Plaintiffs pursuant to 15 U.S.C. § 77z-1(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B)(v).

Dated: August 15, 2014

                                          Respectfully submitted,

By:   /s/ *Susan R. Podolsky*

| **LAW OFFICES OF SUSAN R. PODOLSKY** | **LABATON SUCHAROW LLP** |
|---|---|
| Susan R. Podolsky (Va. Bar No. 27891)<br>1800 Diagonal Road, Suite 600<br>Alexandria, VA 22314<br>Telephone: 571-366-1702<br>Facsimile: 703-647-6009<br>Email: spodolsky@podolskylaw.com<br><br>*Local Counsel for the Proposed Class* | Joel H. Bernstein (*pro hac vice*)<br>Serena P. Hallowell (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone:  212-907-0700<br>Facsimile:  212-818-0477<br>Email: jbernstein@labaton.com<br>         shallowell@labaton.com<br><br>*Co-Lead Counsel for the Proposed Class* |

**KESSLER TOPAZ MELTZER**
   **& CHECK, LLP**

Gregory Castaldo  (*pro hac vice*)
280 King of Prussia Road
Radnor,  PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056
Email: gcastaldo@ktmc.com

Jennifer L. Joost (*pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone :  415-400-3000
Facsimile:  415-400-3001
Email:  jjoost@ktmc.com

*Co-Lead Counsel for the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 15, 2014.

/s/ *Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
Law Offices of Susan R. Podolsky
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for the Proposed Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:14-cv-00227-LMB-JFA |

**ORDER**

Upon consideration of Co-Lead Counsel Labaton Sucharow LLP's Motion to Withdraw Attorney and finding good cause for the Motion,

Co-Lead Counsel Labaton Sucharow LLP's Motion to Withdraw Attorney is GRANTED. Joseph A. Fonti and Javier Bleichmar are granted leave to withdraw from this case. Labaton Sucharow LLP, along with Kessler Topaz Meltzer & Check LLP, will remain as Lead Counsel in this case.

SO ORDERED.

Dated: __ August 2014

_____
Leonie M. Brinkema
United States District Judge