UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE NII HOLDINGS, INC.
SECURITIES LITIGATION

Case No. 1:14-cv-00227-LMB-JFA

## ORDER

Upon consideration of Co-Lead Counsel Labaton Sucharow LLP's Motion to Withdraw Attorney and finding good cause for the Motion,

Co-Lead Counsel Labaton Sucharow LLP's Motion to Withdraw Attorney is GRANTED. Joseph A. Fonti and Javier Bleichmar are granted leave to withdraw from this case. Labaton Sucharow LLP, along with Kessler Topaz Meltzer & Check LLP, will remain as Lead Counsel in this case.

SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Dated: 18 August 2014