UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN Re NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 14-cv-00227 |

ORDER GRANTING
PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Having considered the motion of Plaintiff TOBAM, SAS to withdraw the appearance of Badge Humphries as counsel for Plaintiff TOBAM, SAS and for good cause shown,

IT IS HEREBY ORDERED that the motion of Plaintiff TOBAM, SAS is GRANTED, and Badge Humphries is withdrawn as counsel for Plaintiff TOBAM, SAS.

SO ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Dated: September 8, 2014