IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NII HOLDINGS, INC., et al.,<br><br>    Defendants. | 1:14cv227 (LMB/JFA) |

### ORDER

It appearing that defendants NII Holdings, Inc. and NII Capital Corp., have filed for bankruptcy protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, case number 14-12611 (SCC)(S.D.N.Y.), it is hereby

ORDERED that all proceedings as to those defendants only be and are STAYED until further order of the Court.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 22nd day of September, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge