# CIVIL MOTION MINUTES

Date: 10/06/14            Judge: Brinkema
                                        Reporter: A. Thomson

Time: 9:58am-10:38am

Civil Action Number: 1:14cv227

Iron Workers District Council of New England Pension Fund et al
vs.
NII Holdings, Inc. et al

Appearances of Counsel for     (X) Pltf     (X) Deft

Motion to/for:
#137 Joint Motion to Dismiss

Argued &
(  ) Granted   (X) Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to

(  ) Memorandum Opinion to Follow

(X) Order to follow