IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITY LITIGATION | 14cv227 (LMB/JFA) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Defendants' Joint Motion To Dismiss The Second Amended Class Action Complaint [Dkt. No. 137] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of October, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge