**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) Case No. 1:14-cv-227-LMB-JFA ) ) ) ) ) ) |

**INDIVIDUAL DEFENDANTS' MOTION TO WITHDRAW
APPEARANCE OF COUNSEL**

Individual Defendants, Steven P. Dussek, Steven M. Shindler, and Gokul V. Hemmady, by and through undersigned counsel, respectfully move this Court for an entry of an Order withdrawing the appearance of Elizabeth C. Kelley of Sidley Austin LLP as counsel for Individual Defendants. The grounds for this Motion are as follows:

1. Effective October 17, 2014, Ms. Kelley will no longer be associated with the law firm of Sidley Austin LLP; and

2. Individual Defendants have been notified of Ms. Kelley's withdrawal and Individual Defendants will continue to be represented by Michael D. Warden, Mark D. Hopson, and Benjamin Beaton of Sidley Austin LLP.

Dated: October 17, 2014

Respectfully submitted,

  /s/ Michael D. Warden

Mark D. Hopson *(pro hac vice)*
Michael D. Warden  (Va. Bar No. 28702)
Benjamin Beaton *(pro hac vice)*
Elizabeth C. Kelley *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8080

*Attorneys for Defendants Steven P. Dussek,
Steven M. Shindler, and Gokul V. Hemmady*

## CERTIFICATE OF SERVICE

I, Michael D. Warden, hereby certify that on this 17th day of October, 2014, I electronically filed this Motion using the Court's CM/ECF system, and the Motion will be sent electronically to the registered participants.

                                          __/s/ Michael D. Warden_____

                                          Michael D. Warden (Va Bar No. 28702)