UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|   |   |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) Case No. 1:14-cv-00227-LMB-JFA ) ) ) ) ) ) ) ) |

### ORDER AUTHORIZING EXTENSION OF DEADLINE FOR INDIVIDUAL DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT

Having considered the unopposed motion of Individual Defendants Steven M. Shindler, Steven P. Dussek, and Gokul V. Hemmady for extension of the filing deadline for their answer, the motion is granted.

IT IS HEREBY ORDERED THAT:

The filing deadline for Defendants' motion to dismiss is extended from October 20, 2014, to November 3, 2014.

DATED: October 20, 2014

/s/
Leonie M. Brinkema
United States District Judge