IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:14-cv-00227-LMB-JFA |

# NOTICE OF FILING EXHIBIT 1 TO PLAINTIFFS' UNOPPOSED REQUEST FOR STATUS CONFERENCE

Lead Plaintiffs Danica Pension, Livsforsikringsaktieselskab, Industriens Pensionsforsikring A/S, Pension Trust Fund for Operating Engineers Pension Plan, IBEW Local No. 58 / SMC NECA Funds, and Jacksonville Police & Fire Pension Fund, and additional plaintiff TOBAM, SAS (collectively, "Plaintiffs") hereby give notice of filing Exhibit 1 to Plaintiffs' Unopposed Request for Status Conference (ECF 156).

Respectfully submitted,

Dated: October 28, 2014

By: /s/ Susan R. Podolsky

**LAW OFFICES OF SUSAN R. PODOLSKY**

Susan R. Podolsky (Va. Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for Plaintiffs and the Proposed Class*

**LABATON SUCHAROW LLP**

Joel H. Bernstein (*pro hac vice*)
Serena P. Hallowell (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:  212-907-0700
Facsimile:  212-818-0477
Email:  jbernstein@labaton.com
           shallowell@labaton.com
           egottlieb@labaton.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| Gregory Castaldo (*pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610-667-7706<br>Facsimile: 610-667-7056<br>Email: gcastaldo@ktmc.com | Gerald H. Silk (*pro hac vice*)<br>Jai K. Chandrasekhar (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: 212-554-1400<br>Facsimile: 212-554-1444<br>Email: jerry@blbglaw.com<br>       jai@blbglaw.com |
| Jennifer L. Joost (*pro hac vice*)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Telephone : 415-400-3000<br>Facsimile: 415-400-3001<br>Email: jjoost@ktmc.com | *Additional Counsel for the Proposed Class* |

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**MOTLEY RICE LLC**

James M. Hughes (*pro hac vice*)
David P. Abel (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email: jhughes@motleyrice.com
       dabel@motleyrice.com

*Counsel for Additional Plaintiff TOBAM, SAS*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2014, a copy of the foregoing NOTICE OF FILING EXHIBIT 1 TO PLAINTIFFS' UNOPPOSED REQUEST FOR STATUS CONFERENCE was filed electronically via ECF. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/  Susan R. Podolsky