IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IRON WORKERS DISTRICT COUNCIL )
OF NEW ENGLAND PENSION FUND, )
et al. )
 )
 )
        Plaintiffs, )
 )
v. )   1:14cv227 (LMB/JFA)
 )
NII HOLDINGS, INC., et al. )
 )
        Defendants. )

ORDER

Plaintiffs have filed an Unopposed Request for Status Conference in which they ask for such a conference "as soon as possible to assess the impact" on this litigation of matters pending before the bankruptcy court considering NHII's Chapter 11 proceeding. Finding good cause for the relief sought, the request is GRANTED, and it is hereby

ORDERED that a status conference be held at 10:30 a.m. on Monday, November 3, 2014.

The Clerk is directed to schedule this civil action for a hearing and forward a copy of this Order to counsel of record.

Entered this 29th day of October, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge