# CIVIL MOTION MINUTES

Date: 11/03/14        Judge: Brinkema
                      Reporter: N. Linnell

Time:   10:29am-10:43am


Civil Action Number:  1:14cv227

 Iron Workers District Council of New England Pension Fund, et al
vs.
 NII Holdings, Inc., et al

Appearances of Counsel for    (X) Pltf    (X) Deft

Motion to/for:
Status Conference


Argued &
( ) Granted    ( ) Denied    ( ) Granted in part/Denied in part
( ) Taken Under Advisement    ( ) Continued to

 Court is advised of status of bankruptcy proceeding

 Counsel to provide the court with a joint status report filed by 12/05/14

 Case stayed


( ) Memorandum Opinion to Follow

(X) Order to follow