IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
                               )
IN RE NII HOLDINGS, INC. SECURITY )    1:14cv227 (LMB/JFA)
   LITIGATION                  )
                               )
```

ORDER

For the reasons stated in open court, it is hereby

ORDERED that this civil action be and is STAYED until further

order of this Court; and it is further

ORDERED that the parties submit a joint status report on or

before December 5, 2014.

The Clerk is directed to remove this civil action from the active

docket of the court and to forward copies of this Order to counsel

of record.

Entered this _3ʳᵈ_ day of November, 2014.

Alexandria, Virginia

/s/ _____

Leonie M. Brinkema
United States District Judge