IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE NII HOLDINGS, INC. SECURITIES LITIGATION | ) ) ) ) ) | 1:14-cv-227 (LMB/JFA) |

### ORDER

The parties have submitted a Joint Status Report and Request for Status Conference in which they have advised the Court that the corporate defendant, NII Holdings, Inc., has emerged from Chapter 11 bankruptcy proceedings with a confirmed Plan. The discharge order effectively extinguishes the claims of the plaintiffs and putative class members in this lawsuit against NII Holdings, Inc., which will have to be dismissed from this civil action.

The Status Report also explains that because the Plan did not extinguish any of the plaintiffs' and putative class members' claims against the individual defendants, the stay of this litigation should be lifted and a hearing be scheduled to develop a schedule for motions and discovery.

Finding good cause for the relief requested, it is hereby

ORDERED that the stay entered on November 3, 2014, be and is lifted and this civil action be and is returned to the active docket of the Court; and it is further

ORDERED that NII Holdings, Inc. be and is DISMISSED as a defendant in this litigation, although it must comply with all appropriate discovery requests from litigants in this civil action; and it is further

ORDERED that the parties meet and confer to develop a mutually acceptable proposed schedule for motions and discovery deadlines; and it is further

ORDERED that a status conference to address that proposed schedule be held at 10:00 a.m. on Wednesday, July 29, 2015.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of July, 2015.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge