# CIVIL MOTION MINUTES

Date: 07/30/15                 Judge: Brinkema
                                                  Reporter: A. Thomson

Time: 11:05am-11:25am

Civil Action Number: 1:14cv227

Iron Workers District Council of New England Pension Fund, et al
vs.
NII Holdings, Inc., et al

Appearances of Counsel for      (X) Pltf      (X) Deft

Motion to/for:
Status Conference

Argued &
( ) Granted    ( ) Denied (  ) Granted in part/Denied in part
( )Taken Under Advisement (  ) Continued to

Joint proposed schedule –amended

( ) Memorandum Opinion to Follow

(X) Order to follow