UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE NII HOLDINGS INC. SECURITIES LITIGATION | Civ. No. 1:14-cv-00227-LMB-JFA |

**LEAD PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT
OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

PLEASE TAKE NOTICE that Lead Plaintiffs Danica, Industriens, Operating Engineers Pension Trust Fund, IBEW Local No. 58 / SMC NECA Funds, Jacksonville P&F (collectively, "Lead Plaintiffs") move the Court for entry of an Order, pursuant to Rules 23(a), 23(b)(3), and 23(g) of the Federal Rules of Civil Procedure: (i) certifying this action as a class action pursuant to Rules 23(a) and 23(b)(3); (ii) appointing Lead Plaintiffs Danica, Industriens, IBEW Local No. 58 / SMC NECA Funds, Jacksonville P&F, Industriens, and Operating Engineers Pension Trust Fund as Class Representatives of the Class pursuant to Rules 23(a) and 23(b)(3); (iii) appointing Labaton Sucharow LLP ("Labaton") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") Co-Class Counsel; and (iv) appointing Susan R. Podolsky as Class Liaison Counsel.

Dated: September 11, 2015

By: /s/ Susan R. Podolsky

**LAW OFFICES OF SUSAN R. PODOLSKY**

Susan R. Podolsky (Va. Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for Plaintiffs and the Proposed Class*

**KESSLER TOPAZ MELTZER
    & CHECK, LLP**

Gregory Castaldo  (*pro hac vice*)
Daniel C. Mulveny  (*pro hac vice*)
280 King of Prussia Road
Radnor,  PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056
Email: gcastaldo@ktmc.com

Jennifer L. Joost (*pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone :  415-400-3000
Facsimile:  415-400-3001
Email:  jjoost@ktmc.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**LABATON SUCHAROW LLP**

Joel H. Bernstein (*pro hac vice*)
Serena P. Hallowell (*pro hac vice*)
Matthew J. Hrutkay (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:  212-907-0700
Facsimile:  212-818-0477
Email:  jbernstein@labaton.com
          shallowell@labaton.com
          mhrutkay@labaton.com
          egottlieb@labaton.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**

Gerald H. Silk (*pro hac vice*)
Jai K. Chandrasekhar (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-554-1400
Facsimile: 212-554-1444
Email:  jerry@blbglaw.com
          jai@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police and Fire Pension Fund and Additional Counsel for the Proposed Class*

**KLAUSNER KAUFMAN JENSEN &
  LEVINSON, P.A.**

Robert D. Klausner (*pro hac vice* pending)
Stuart Kauffman (*pro hac vice* pending)
7080 N.W. 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
Email:  bob@robertdklausner.com
          stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff Jacksonville Police and Fire Pension Fund*

2

**MOTLEY RICE LLC**

James M. Hughes (*pro hac vice*)
David P. Abel (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email:  jhughes@motleyrice.com
            dabel@motleyrice.com

*Counsel for Additional Plaintiff TOBAM, SAS*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 11, 2015.

*/s/ Susan R. Podolsky*
Susan R. Podolsky (Va. Bar No. 27891)
Law Offices of Susan R. Podolsky
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for the Proposed Class*