**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:14-cv-227-LMB-JFA |

**DEFENDANTS' MOTION TO WITHDRAW**
**APPEARANCE OF COUNSEL**

Defendants Steven P. Dussek, Gokul V. Hemmady, and Steven M. Shindler ("Defendants"), by and through undersigned counsel respectfully move this Court for an entry of an Order withdrawing the appearance of Danielle J. Carter of Sidley Austin LLP (*see* Dkts. 159, 160) as counsel for Defendants. The grounds for this Motion are as follows:

1. Effective December 4, 2015, Ms. Carter will no longer be associated with the law firm of Sidley Austin LLP; and

2. Defendants have been notified of Ms. Carter's withdrawal and will continue to be represented by Michael D. Warden, Mark D. Hopson, Dorothy J. Spenner, James O. Heyworth, Benjamin J. Beaton, Adam H. Farra, and Adam N. Hallowell, of Sidley Austin LLP.

Dated:  November 30, 2015

Respectfully submitted,

// s // Michael D. Warden_____
Mark D. Hopson (*pro hac vice*)
Michael D. Warden  (Va. Bar No. 28702)
Dorothy J. Spenner (*pro hac vice*)
Adam H. Farra (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8258
afarra@sidley.com

*Attorneys for Defendants Steven P. Dussek,*
*Gokul V. Hemmady, and Steven M. Shindler*

2

## CERTIFICATE OF SERVICE

I certify that on November 30, 2015, I sent copies of Defendants' Motion to Withdraw Appearance of Counsel by email to the following counsel of record for Plaintiffs.

// s // Adam H. Farra

Susan R. Podolsky
Law Offices of Susan R. Podolsky
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
spodolsky@podolskylaw.com

*Local Counsel for Plaintiffs and the Proposed Class*

Joel H. Bernstein
Serena P. Hallowell
Eric D. Gottlieb
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
jbernstein@labaton.com
shallowell@labaton.com
egottlieb@labaton.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Gregory Castaldo
Daniel C. Mulveny
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
gcastaldo@ktmc.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Jennifer L. Joost
Kessler Topaz Meltzer & Check, LLP
One Sansome Street, Suite 1850
San Francisco, CA 94104
jjoost@ktmc.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

James M. Hughes (*pro hac vice*)
David P. Abel (*pro hac vice*)
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
jhughes@motleyrice.com
dabel@motleyrice.com

*Counsel for Additional Plaintiff TOBAM, SAS*

Gerald H. Silk
Jai K. Chandrasekhar
Bernstein Litowitz Berger
   & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
jerry@blbglaw.com
jai@blbglaw.com

*Additional Counsel for the Proposed Class*