IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: NII HOLDINGS, INC.
SECURITIES LITIGATION

No. 1:14-cv-227 (LMB/JFA)

## ORDER

Defendants Steven P. Dussek, Gokul V. Hemmady, and Steven M. Shindler have moved to withdraw the appearance of Danielle J. Carter as counsel in this matter. Because the motion has established good cause for the relief sought, it is hereby

ORDERED that the Defendants' Motion to Withdraw Appearance of Counsel [Dkt. No. 233] be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30 day of November, 2015.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge