**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: NII HOLDINGS, INC. SECURITIES LITIGATION | Case No. 1:14-cv-227-LMB-JFA |

**CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE CLASS**

PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law and exhibits thereto, Class Representatives Danica Pension, Livsforsikringsaktieselskab, Industriens Pensionsforsikring A/S, Pension Trust Fund for Operating Engineers Pension Plan, IBEW Local No. 58 / SMC NECA Funds, and Jacksonville Police & Fire Pension Fund (collectively, "Lead Plaintiffs" or "Class Representatives"), on behalf of themselves and the certified Class, respectfully move the Court, before the Honorable Leonie M. Brinkema, United States District Judge, at the Albert V. Bryan United States Courthouse, Alexandria, Virginia, 22314, for entry of the parties' agreed-upon Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement ("Preliminary Approval Order"), pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) preliminarily approving the proposed class action Settlement; (2) approving the proposed forms of notice of the Settlement and the methods for disseminating the notices; (3) approving the selection of A.B. Data Ltd. as Claims Administrator; (4) setting a date for the Settlement Hearing; and (5) such other and further relief as the Court deems just and proper.

The proposed Preliminary Approval Order is also filed herewith.

## LOCAL RULE 37(E) STATEMENT OF COUNSEL

The undersigned counsel hereby certifies that the parties' counsel conferred on the substance of this motion and it is unopposed.

Dated: April 18, 2016

By: /s/ Susan R. Podolsky

**LAW OFFICES OF SUSAN R. PODOLSKY**

Susan R. Podolsky (Va. Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for Plaintiffs and the Class*

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**

Gregory Castaldo  (*pro hac vice*)
Daniel C. Mulveny (*pro hac vice*)
280 King of Prussia Road
Radnor,  PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056
Email: gcastaldo@ktmc.com

Jennifer L. Joost (*pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone : 415-400-3000
Facsimile:  415-400-3001
Email:  jjoost@ktmc.com

*Co-Lead Counsel for Plaintiffs and the Class*

**LABATON SUCHAROW LLP**

Joel H. Bernstein (*pro hac vice*)
Serena P. Hallowell (*pro hac vice*)
Matthew J. Hrutkay (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:  212-907-0700
Facsimile:  212-818-0477
Email: jbernstein@labaton.com
          shallowell@labaton.com
          mhrutkay@labaton.com
          egottlieb@labaton.com

*Co-Lead Counsel for Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

Gerald H. Silk (*pro hac vice*)
Jai K. Chandrasekhar (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-554-1400
Facsimile: 212-554-1444
Email: jerry@blbglaw.com
         jai@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police and Fire Pension Fund and Additional Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN &
  LEVINSON, P.A.**
Robert D. Klausner (*pro hac vice* pending)
Stuart Kauffman (*pro hac vice* pending)
7080 N.W. 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232

2

        Email: bob@robertdklausner.com
            stu@robertdklausner.com

        *Additional Counsel for Lead Plaintiff*
        *Jacksonville Police and Fire Pension Fund*

        **MOTLEY RICE LLC**

        James M. Hughes (*pro hac vice*)
        David P. Abel (*pro hac vice*)
        28 Bridgeside Blvd.
        Mt. Pleasant, SC  29464
        Telephone: (843) 216-9000
        Facsimile: (843) 216-9450
        Email: jhughes@motleyrice.com
            dabel@motleyrice.com

        *Counsel for Additional Plaintiff TOBAM, SAS*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 18, 2016.

>  */s/ Susan R. Podolsky*
> Susan R. Podolsky (Va. Bar No. 27891)
> Law Offices of Susan R. Podolsky
> 1800 Diagonal Road, Suite 600
> Alexandria, VA 22314
> Telephone: 571-366-1702
> Facsimile: 703-647-6009
> Email: spodolsky@podolskylaw.com
>
> *Local Counsel for the Class*