**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE: NII HOLDINGS, INC.
SECURITIES LITIGATION

Case No. 1:14-cv-227-LMB-JFA

**CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
PAYMENT OF LITIGATION EXPENSES AND CLASS REPRESENTATIVES'
REQUESTS FOR REIMBURSEMENT OF EXPENSES**

Pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order

Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of

Notice and Setting Date for Hearing on Final Approval of Settlement, dated May 16, 2016,

Class Counsel, on behalf of themselves and all Plaintiffs' counsel, hereby move this Court for

entry of an Order awarding (i) attorneys' fees in the amount of 25% of the Settlement Fund; (ii)

payment of litigation expenses incurred by Plaintiffs' counsel; and (iii) reimbursement of costs

and expenses to Class Representatives in connection with their representation of the Class in this

Action, in accordance with the PSLRA, 15 U.S.C. §78u-4(a)(4).

In support of this Motion, Class Representatives submit (i) the Joint Declaration of

Gregory M. Castaldo, Joel H. Bernstein, and Susan R. Podolsky in Support of Proposed Class

Action Settlement, Plan of Allocation, and Award of Attorneys' Fees and Expenses, with

attached exhibits; (ii) the Memorandum of Law in Support of Class Counsel's Motion for an

Award of Attorneys' Fees and Payment of Litigation Expenses and Class Representatives'

Requests for Reimbursement of Expenses; and (iii) all other papers and proceedings herein.  A

proposed order will be submitted with Class Counsel's reply submission on or before September

9, 2016, after the deadline for objecting has passed.

Dated: August 12, 2016

By: /s/ Susan R. Podolsky

**LAW OFFICES OF SUSAN R. PODOLSKY**

Susan R. Podolsky (Va. Bar No. 27891)
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: 571-366-1702
Facsimile: 703-647-6009
Email: spodolsky@podolskylaw.com

*Local Counsel for Plaintiffs and the Class*

**KESSLER TOPAZ MELTZER
   & CHECK, LLP**

Gregory Castaldo  (*pro hac vice*)
Daniel C. Mulveny  (*pro hac vice*)
280 King of Prussia Road
Radnor,  PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056
Email: gcastaldo@ktmc.com

Jennifer L. Joost (*pro hac vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone :  415-400-3000
Facsimile:  415-400-3001
Email:  jjoost@ktmc.com

*Co-Lead Counsel for Plaintiffs and the Class*

**LABATON SUCHAROW LLP**

Joel H. Bernstein (*pro hac vice*)
Serena P. Hallowell (*pro hac vice*)
Matthew J. Hrutkay (*pro hac vice*)
Eric D. Gottlieb (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone:  212-907-0700
Facsimile:  212-818-0477
Email: jbernstein@labaton.com
        shallowell@labaton.com
        mhrutkay@labaton.com
        egottlieb@labaton.com

*Co-Lead Counsel for Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**

Gerald H. Silk (*pro hac vice*)
Jai K. Chandrasekhar (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-554-1400
Facsimile: 212-554-1444
Email: jerry@blbglaw.com
        jai@blbglaw.com

*Counsel for Lead Plaintiff Jacksonville Police
and Fire Pension Fund and Additional
Counsel for the Class*

**KLAUSNER KAUFMAN JENSEN &
   LEVINSON, P.A.**
Robert D. Klausner (*pro hac vice*)
Stuart Kauffman (*pro hac vice*)
7080 N.W. 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
Email: bob@robertdklausner.com
        stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff
Jacksonville Police and Fire Pension Fund*

3

**MOTLEY RICE LLC**

James M. Hughes (*pro hac vice*)
David P. Abel (*pro hac vice*)
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email:  jhughes@motleyrice.com
          dabel@motleyrice.com

*Counsel for Additional Plaintiff TOBAM, SAS*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on August 12, 2016.

> */s/ Susan R. Podolsky*
> Susan R. Podolsky (Va. Bar No. 27891)
> Law Offices of Susan R. Podolsky
> 1800 Diagonal Road, Suite 600
> Alexandria, VA 22314
> Telephone: 571-366-1702
> Facsimile: 703-647-6009
> Email: spodolsky@podolskylaw.com
>
> *Local Counsel for the Class*